

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2022

No. 04-22-00553-CV

**IN RE** Sterling **DE LOS SANTOS**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

On August 30, 2022, relator filed a petition for writ of mandamus complaining that the trial court abused its discretion by granting real party in interest's writ of habeas corpus. The record reveals that further proceedings will take place on October 3, 2022 (the "October 3 hearing"), which may affect the merits of relator's petition for writ of mandamus.

Accordingly, we ABATE the case until the conclusion of the October 3 hearing.

Relator is ORDERED to file in this court either an order from the October 3 hearing, a transcript of the October 3 hearing, or the appropriate motion to dismiss this mandamus proceeding no later than 15 days after the October 3 hearing.

It is so **ORDERED** on October 3, 2022.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2022CI15379, styled *In the Interest of K.L.N., A Child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.